Opinion filed July 24, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 24,
2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00002-CV 

                                                     __________

 

BETTER ENERGY SOURCES AND TECHNOLOGY, INC.

D/B/A BEST RESOURCES, Appellant

 

vs.

 

WESTERN ATLAS INTERNATIONAL, INC., Appellee

 



 

                                         On
Appeal from the 385th District Court

 

                                                         Midland
County, Texas

 

                                                Trial
Court Cause No. CV-42,168

 



 

                                             M
E M O R A N D U M   O P I N I O N








Western
Atlas International, Inc. has asked this court to dismiss this appeal because
the issues in this appeal were resolved as a matter of law and are therefore
moot.  The record shows that the trial court ruled on some of the parties= claims in a summary
judgment order but that, prior to the entry of a final judgment, Better Energy
Sources and Technology, Inc. d/b/a Best Resources and Western Atlas each filed
a motion to dismiss without prejudice.  The motions were granted, and the trial
court entered orders dismissing all claims made by Better Energy and all claims
made by Western Atlas.  Thus, all of Better Energy=s claims and all of Western Atlas=s counterclaims were
resolved by voluntary dismissal.  The claims in this appeal are therefore
moot.  After due consideration of the motion, it is the order of this court
that Western Atlas=s
motion to dismiss Better Energy=s
appeal is granted.

The
appeal is dismissed.

 

 

PER CURIAM

 

July 24, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Boyd, S.J.[1]









[1]John T. Boyd, Retired Chief Justice, Court of Appeals,
7th District of Texas at Amarillo sitting by assignment.